UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | CASE NO. MJ24-581 |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | DETENTION ORDER |
| JOSE RAYMUNDO INZUNZA, ) | |
| ) | |
| Defendant. ) | |

<u>Offense charged</u>:    Conspiracy to Distribute Controlled Substances

<u>Date of Detention Hearing</u>:    September 23, 2024.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

<u>FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION</u>

1.    Defendant has been charged with a drug offense, the maximum penalty of which

is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant and a co-defendant are charged by Complaint with the above-captioned drug offense. The government alleges defendant to be an identified Drug Trafficking Organization member with at least 350 documented border crossings between 2009 and the present, some of which coincide with crossings by his co-defendant. Photographs found on cell phones seized from defendant at the time of arrest are alleged to show a number of handguns, stacks of United States and Mexican currency, and controlled substances, as well as a video that appears to depict defendant firing a fully automatic weapon. None of the firearms, controlled substances, or cash have been located or seized. Defendant's residential history is unclear, his unemployment history is minimal, and his release plan could not be verified.

3. Taken as a whole, the record does not effectively rebut the presumption that no condition or combination of conditions will reasonably assure the appearance of the defendant as required and the safety of the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person

in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Pretrial Services Officer.

DATED this 23rd day of September, 2024.

*[signature]*
Mary Alice Theiler
United States Magistrate Judge

DETENTION ORDER
PAGE -3