UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　Plaintiff,<br><br>　　v.<br><br>JOSE RAYMUNDO INZUNZA and<br>MIGUEL HORACIO GASTELUM-CORONEL,<br>　　Defendants. | No. CR24-166 RSM<br><br>**Order Continuing Trial and Pretrial Motions Deadline** |

This matter comes before the Court on defendant Miguel Horacio Gastelum-Coronel's Unopposed Motion to Continue Trial and Pretrial Motions Deadline, joined by co-defendant Jose Raymundo Inzunza with the filing of a Waiver of Speedy Trial (Dkt #33). Having considered the motion and the facts and circumstances described therein, which are hereby incorporated as findings of fact,

THE COURT FINDS that a failure to grant a continuance of the trial date would result in a miscarriage of justice, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(i).

THE COURT FURTHER FINDS that the charges are serious and carry potential substantial imprisonment penalties and the case is of sufficient complexity due to the volume of discovery provided, that it is unreasonable to expect adequate preparation for pretrial proceedings or the trial itself by the dates currently set, within the meaning of 18 U.S.C. § 3161(h)(7)(B)(ii).

1    THE COURT FURTHER FINDS that a failure to grant a continuance of the trial
2 date and pretrial motions deadline would deny defense counsel the reasonable time
3 necessary for effective preparation, taking into account the exercise of due diligence,
4 within the meaning of 18 U.S.C. § 3161(h)(7)(B)(iv).

5    THE COURT FURTHER FINDS that the ends of justice will be served by
6 ordering a continuance in this case, that a continuance is necessary to ensure adequate
7 time for case preparation, and that these factors outweigh the best interests of the public
8 and the Defendants in a speedy trial.

9    Accordingly, IT IS ORDERED that the trial of defendants JOSE RAYMUNDO
10 INZUNZA and MIGUEL HORACIO GASTELUM-CORONEL shall be continued to
11 April 28, 2025, and that the period of time from the date of the filing of the motion until
12 the new trial date of April 28, 2025, is excluded time pursuant to the Speedy Trial Act, 18
13 U.S.C. § 3161(h)(7)(A).

14    Additionally, IT IS ORDERED that the pretrial motions deadline is reset to
15 March 7, 2025.

16    Dated this 23rd day of October, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

*United States v. Inzunza & Gastelum-Coronel*
No. CR24-166 RSM
Order Continuing Trial and Pretrial Motions Deadline